```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/06
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

05 CV 3298 (KMK)

| | |
|---|---|
| CRAIG EMMERSON<br><br>Plaintiff,<br><br>v.<br><br>GARY WEISS, GARY WEISS, INC., a New York corporation, and JEWELRY47, INC., a New York Corporation<br><br>Defendants. | STIPULATED JUDGMENT |

This matter having been brought before the Court on stipulation, and good cause appearing,

IT IS ORDERED entering final judgment pursuant to Rule 54(b), Fed. R. Civ. P. in favor of Plaintiff Craig Emmerson, and against Defendants Gary Weiss, Gary Weiss, Inc., a New York corporation, and Jewelry47, Inc., a New York Corporation in the principal amount of $90,0000.00.

IT IS FURTHER ORDERED that interest on this Judgment shall accrue at the statutory rate from the date of Judgment until paid.

IT IS FURTHER ORDERED dismissing all other claims with prejudice.

DATED this 9th day of February, 2006.

_____
Kenneth M. Karas, U.S.D.J.

11655-1/MCL/MCL/508542_v1

Approved as to form and content:

JABURG & WILK, P.C.

*Michelle C. Lombino signature*

Michelle C. Lombino, #2020170
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
Attorney for Plaintiff

GORDON & GORDON

*Peter S. Gordon signature*

Peter S. Gordon, #
108-18 Queens Boulevard
Forest Hills, New York 11375
Attorney for Defendants

ORIGINAL filed this 25 day of ~~December~~ 2005 with the Clerk of the United States District Court:

COPY of the foregoing mailed This 25 day of January, 2006 to:

Michelle C. Lombino 3
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
Attorney for Plaintiff

Peter Gordon
Gordon & Gordon
108-18 Queens Blvd.
Forest Hills, NY 11375
Attorney for Defendants

*signature*

11655-1/MCL/MCL/508542_v1

2

KARAS, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/06

EXHIBIT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CRAIG EMMERSON

          Plaintiff,

V.

GARY WEISS, GARY WEISS, INC., a New York corporation, and JEWELRY47, INC., a New York Corporation

          Defendants.

Index No: 3298/05

**STIPULATION TO ENTRY OF JUDGMENT**

Plaintiff Craig Emmerson, and Defendants Gary Weiss, Gary Weiss, Inc., and Jewelry47, Inc. stipulate to and jointly move the Court to approve and enter the attached Stipulated Judgment.

Dated as of this 31 day of December __, 2005.

JABURG & WILK, P.C.

_____
Michelle C. Lombino, #2020170
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
Attorney for Plaintiff

GORDON & GORDON

_____
Peter S. Gordon, #
108-18 Queens Boulevard
Forest Hills, New York 11375
Attorney for Defendants

11655-1/MCL/MCL/508542_v1